| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Ludwig, Edmund V | 2. Court or Organization<br><br>U.S. District Court, E.D. PA | 3. Date of Report<br><br>5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III - Senior Status | 5. ReportType (check appropriate type)<br><br>( ) Nomination,    Date<br><br>( ) Initial    (●) Annual    ( ) Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>12614 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1775 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-chairperson | Juvenile Justice Alliance of Greater Philadelphia |
| 2. | President | ▮▮▮▮ Historical Society |
| 3. | Executive Committee member | Harvard Law School Association of Greater Philadelphia |
| 4. | Director and Executive Committee member | Federal Judges Association |
| 5. | Co-chairperson | Federal Courts Section, ▮▮▮ County Bar Association |
| 6. | Member, Advisory Committee | Firearm Injury Center at Penn |
| 7. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED MAY 25 11 31 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | Monthly | Commonwealth of Pennsylvania, pension, PA State Employee Retirement System Lifetime Retirement Act, service 12/17/68-11/17/85 | 2460.20 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NY Patent Attorneys Association | March 2003, New York City, Annual Judges Program (hotel, meals, parking) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Eastern Mortgage Co. | Mortgage | M |
| 2. | Eastern Mortgage Co. | Mortgage | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Edmund V | 5/15/2004 |

## VII.. INVESTMENTS and TRUSTS – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Advanced Technology, Inc. (Westmark) common stock | | None | J | T | | | | | |
| 2. AT&T common stock | | None | J | T | | | | | |
| 3. Bristol Myers Squibb common stock | B | Dividend | L | T | | | | | |
| 4. Wachovia Bank (was First Union) common stock | C | Dividend | L | T | | | | | |
| 5. Decatur I - mutual fund | A | Dividend | J | T | | | | | |
| 6. GM common stock | A | Dividend | J | T | | | | | |
| 7. Electronic Data Systems Corp. common stock | A | Dividend | J | T | | | | | |
| 8. Hughes Electronic common stock | | None | J | T | | | | | |
| 9. ITT Corporation common stock | A | Dividend | J | T | | | | | |
| 10. Hartford Group, Inc. common stock | A | Dividend | J | T | | | | | |
| 11. Industries, Inc. common stock | A | Dividend | J | T | | | | | |
| 12. Mediq Corp. preferred stock | | None | J | T | | | | | |
| 13. New Valley Corp. common stock (Western Union) | | None | J | W | | | | | |
| 14. Nuveen tax free bond | D | Dividend | L | T | | | | | |
| 15. Rayonier, Inc. common stock | A | Dividend | J | T | | | | | |
| 16. Sovereign Bancorp. Inc. | A | Dividend | L | T | | | | | |
| 17. SpaceLabs Medical common stock | | None | J | T | | | | | |
| 18. U.S. H Bonds (5) | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2.500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15.001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000.001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000.001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Edmund V | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. National Penn Bancorp (was First Service Bank) common stock | C | Dividend | N | W | merger | 2-28 | O | G | |
| 20. PNC Bancorp. common stock | C | Dividend | L | T | | | | | |
| 21. Rental Property #1 ███████ PA) | A | Rent | N | W | Sell | 6-30 | N | F | Ludwig to Worth |
| 22. Rental Property #2 ███████ PA) | E | Rent | O | W | Buy | 6-30 | O | | Touhill to Ludwig |
| 23. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _05/11/04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544